REGIZNAD CORPORATION, Respondent, v. WARNER BROS. FIRST NATIONAL SOUTH FILMS, INC., et al., Defendants, and ANNE B. DANZIGER et al., Appellants.

*Per Curiam.* This case should not have been disposed of summarily, but should await plenary trial. An examination of the record clearly demonstrates that there are issues of fact requiring denial of plaintiff's motion for summary judgment. As we have reached that conclusion, it is unnecessary to pass upon the law issue raised; in any event there must be a trial.

The order appealed from granting plaintiff's motion for summary judgment and directing judgment in plaintiff's favor and payment by the city treasurer, should be reversed and plaintiff's motion denied, with costs to interpleaded defendants-appellants.

Dore, J. P., Breitel, Bastow and Botein, JJ., concur.

Order granting plaintiff's motion for summary judgment and directing judgment in plaintiff's favor and payment by the city treasurer, unanimously reversed and plaintiff's motion denied, with $20 costs and disbursements to the interpleaded defendants-appellants.

In the Matter of the Arbitration between HELEN WHITING, INC., Appellant, and TROJAN TEXTILE CORP., Respondent.—Order affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.; Dore and Cohn, JJ., dissent and vote to reverse in the following memorandum: On the facts adduced, we think there was no enforcible written contract to arbitrate, no partial delivery, and that section 85 of the Personal Property Law applies. Accordingly we dissent and vote to reverse the order appealed from directing petitioner, buyer, to proceed to arbitration and denying petitioner's motion for a stay, and vote to grant petitioner's motion.